UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STANLEY TILLMAN, | ) | CASE NO. 1:07 CV 2066 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| SPEEDWAY AMERICA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that plaintiff's federal claims are dismissed with prejudice pursuant to 28 U.S.C. §1915(e). His state law claim is dismissed without prejudice. The court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

FILED
OCT 19 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

_Christopher A. Boyko_
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE